IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALLEN LITCHFIELD, ) | |
| ) | |
| Plaintiff, ) | Case No. 14-CV-606-JED-PJC |
| v. ) | |
| ) | |
| TWIN CITY FIRE INSURANCE COMPANY, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Parties jointly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal of all claims and causes of action which were or could be asserted in this case against each other in the above-styled and numbered case, <u>with prejudice to their re-filing</u>, each party to bear their own attorneys fees and costs.

Dated this 21st day of January, 2015.

Respectfully submitted,

/s/Donald E. Smolen, II
Donald E. Smolen, II, OBA #19944
SMOLEN, SMOLEN & ROYTMAN, PLLC
701 S. Cincinnati Ave.
Tulsa, Oklahoma 74119
(918) 585-2667 P
(918) 585-2669 F
*Attorneys for Plaintiff*


/s/Gerard F. Pignato*
Gerard F. Pignato, OBA #11473
PIGNATO, COOPER, KOLKER & ROBERSON
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
(405) 606-3333 P
(405) 606-3334 P
*Attorney for Defendant Twin City Fire Ins.*

*Co.*

/s/Robert Taylor*
Robert Taylor, OBA #8879
TAYLOR, RYAN, MINTON, VAN DALSEN & WILLIAMS
1080 Boulder Tower
1437 S. Boulder Ave.
Tulsa, OK 74119
(918) 749-5566 P
(918) 749-9531 F
*Attorney for Defendant Stephen Phillip Robertson*

*Signed with permission of counsel.